In the Matter of the Claim of JESSIE SMITH against MACARTHUR BROTHERS COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's Compensation Law — death of employee through being caught by machine — dependency of mother.*

*Smith* v. *MacArthur Brothers Co.,* 199 App. Div. 943, affirmed.
(Argued February 28, 1922; decided March 14, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1921, affirming an award of the state industrial commission made under the Workmen's Com-

pensation Law. Claimant's son, while in the employ of MacArthur Brothers Company, was caught in a machine and from the injuries received died. Objection to an award for his death was based upon the ground that ·there was no sufficient evidence of dependency.

*Charles Stockdell Gray* and *William Butler* for appellants.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HOGAN, POUND, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J. Absent: CARDOZO, J. _____